UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



UNITED STATES OF AMERICA

v.

SHAKER MASRI

CASE NUMBER:

**UNDER SEAL**

**10CR 0655**

**ORDER**    MAGISTRATE JUDGE
GERALDINE SOAT BROWN

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, Arrest Warrant, and Motion to Seal, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, Arrest Warrant, and Motion to Seal be sealed until the time of the defendant's initial appearance in this case or further order of the Court, whichever occurs earlier.

ENTER:

GERALDINE SOAT BROWN
United States Magistrate Judge

DATE: August 3, 2010