# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 | **DATE** | 8/4/2010 |
| **CASE TITLE** | USA vs. Shaker Masri | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Shaker Masri appears in response to arrest on 8/04/10. Defendant informed of his rights. The court finds defendant unable to afford counsel. Matthew J. McQuaid from the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Defendant agrees not to contest detention at this time without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court. Government's oral motion to unseal the complaint is granted. Status hearing on preliminary examination hearing set for 8/09/10 at 9:00 a.m. /s/ Geraldine Soat Brown

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|