UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 10 CR 655 |
| v. | ) |
| | ) |
| SHAKER MASRI | ) |

**GOVERNMENT'S NOTICE OF INTENT TO USE**
**FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

The United States, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby provides notice to defendant SHAKER MASRI and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


By:    s/ Joel M. Hammerman
      JOEL M. HAMMERMAN
      Assistant United States Attorney
      219 S. Dearborn Street, Rm. 500
      Chicago, Illinois 60604
      (312) 353-8881

DATE: August 6, 2010

**CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

was served on August 6, 2010, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                  /s/ Joel M. Hammerman
                                                  JOEL M. HAMMERMAN
                                                  Assistant United States Attorney
                                                  219 S. Dearborn Street, 5th Floor
                                                  Chicago, Illinois
                                                  (312) 353-8881