Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 | **DATE** | 8/9/2010 |
| **CASE TITLE** | USA vs. Shaker Masri | | |

**DOCKET ENTRY TEXT**

Status hearing held on preliminary examination hearing. Defendant waives his right to preliminary examination.  The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|