# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                        Case No.: 1:10–cr–00655

                                            Honorable Geraldine Soat Brown

Shaker Masri

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 18, 2010:


       MINUTE entry before the Honorable James F. Holderman:Government's unopposed Motion for extension of time [10] until and including Thursday, 9/30/10, under 18:3161(h)(8), in which to return and indictment as to Shaker Masri (1) is granted. Motion terminated. (For further details see Order in separate docket entry). Judicial staff mailed notice (gl, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.