FILED
SEP 29 2010
SEP 29 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE HIBBLER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 10 CR 655 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Sections 2339A and 2339B(a)(1) |
| SHAKER MASRI | ) | |
| | ) | INDICTMENT |

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## COUNT ONE

The SPECIAL MARCH 2010 GRAND JURY charges:

From on or about July 19, 2010 to on or about August 3, 2010, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHAKER MASRI,

defendant herein, knowingly attempted to provide material support and resources to a designated foreign terrorist organization, namely al-Shabaab, knowing that organization had engaged in and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT TWO

The SPECIAL MARCH 2010 GRAND JURY further charges:

From on or about July 19, 2010 to on or about August 3, 2010, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHAKER MASRI,

defendant herein, attempted to provide material support and resources, and to conceal and disguise the nature, location, source and ownership of such material support and resources, knowing and intending that they are to be used in preparation for and carrying out a violation of Title 18, United States Code, Section 2332a(b) (prohibiting a national of the United States from using, threatening, attempting or conspiring to use a weapon of mass destruction outside the United States);

In violation of Title 18, United States Code, Section 2339A.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY