**FELONY**

**FILED**

SEP 29 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE HIBBLER**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
If the answer is "Yes", list the case number and title of the earliest filed complaint:
**United States v. Shaker Masri, Case No. 10 CR 655, Judge Geraldine Soat Brown**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
**Other Federal Statutes (III)**

10) List the statute of each of the offenses charged in the indictment or information.
**18 USC 2339A & 18 USC 2339B(a)(1)**

Joel M. Hammerman
Assistant United States Attorney