10 GJ 815   NF

Order Form (01/2005)

## United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

| Name of Assigned Judge or Magistrate Judge | JUDGE HIBBLER | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 | **DATE** | SEPTEMBER 29, 2010 |
| **CASE TITLE** | U. S. v. SHAKER MASRI | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for __SPECIAL MARCH 2010__ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Maria Valdez_

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

**FILED**
SEP 2 9 2010  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Maria Valdez_

SIGNATURE OF JUDGE or MAGISTRATE JUDGE                (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: _jp_

Page 1 of 1