## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 | **DATE** | 10/7/2010 |
| **CASE TITLE** | U.S.A. vs. MASRI | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1A production ongoing. Status hearing set for 11/9/2010 at 10:15 a.m. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(7)(A)(B).　　　　　(X-T)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | JHC |
|---|---|---|