# United States District Court, Northern District of Illinois

MHA

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 - 1 | **DATE** | 11/10/2010 |
| **CASE TITLE** | U.S.A. vs. MASRI | | |

**DOCKET ENTRY TEXT**

Government's Motion for entry of Unopposed Protective Order governing discovery [#22] is granted. Enter Protective Order governing discovery.

■ [ For further detail see separate order(s).]   Docketing to mail notices.



| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|