IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| vs. | ) | 10 CR 81 |
| | ) | |
| | ) | Hon. William J. Hibbler, |
| SHAKER MASRI, | ) | Judge Presiding |
| Defendant | ) | |

**MOTION TO ORDER A CONTACT VISIT FOR DEFENDANT**

Defendant, SHAKER MASRI, through his attorney, Matthew J. McQuaid, respectfully moves that this Court grant an order allowing him a contact visit with his mother at the MCC. In support of this motion, counsel states:

1. The Defendant is the custody of the U.S. Marshal and is housed at the MCC in Chicago. The Defendant resides on the 11th floor in the Special Housing Unit (SHU).

2. The Defendant's mother lives in Jordan and has come to the United States to visit her son. The Defendant's mother has had non-contact visitation via phone at the MCC. She is returning to Jordan during the first week of December.

3. The Defendant has requested permission, through the MCC channels, for a contact visit with his mother. To date, there has been no response to this request.

4. The Defendant requests that this Court issue an order allowing a contact visit with his mother. The Defendant has not had any disciplinary problems during his incarceration.

WHEREFORE, the Defendant respectfully requests this Court grant permission for a contact visit between the Defendant and his mother.

Respectfully submitted

s/Matthew J. McQuaid
MATTHEW J. MCQUAID
Attorney for Petitioner

                                            53 W. Jackson Suite 1420  
                                            Chicago, IL 60604  
                                            (312) 726-9015  
                                            E-Mail: mcquaidmat@aol.com  
                                            Atty No: 6209489

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, I electronically filed this Motion to Order a Contact Visit with the Clerk of the United States District Court for the Northern District using the CM/ECF system.

s/Matthew J. McQuaid
MATTHEW J. MCQUAID
Attorney for Petitioner
53 W. Jackson Suite 1420
Chicago, IL 60604
(312) 726-9015
E-Mail: mcquaidmat@aol.com
Atty No: 6209489

C:\Motion to Quash Arrest & Suppress Evidence 1