**IN THE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | |
| **vs.** | ) | **10 CR** |
| | ) | **The Honorable** |
| | ) | **Judge William Hibbler,** |
| **SHAKER MASRI,** | ) | **Presiding** |
| **Defendant** | ) | |

**NOTICE OF FILING**

**To:**    AUSA Joel Hammerman
United States Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, IL 60604

    **PLEASE TAKE NOTICE** that on the 22nd day of November 2010, the undersigned caused to be filed with the Clerk of the District Court for the Northern District of Illinois, this Motion to Grant an Order to Allow Defendant a Contact Visit. This Motion is to be heard before the Honorable William J. Hibbler on **NOVEMBER 30th, 2010 at 9:30 a.m.**

    The undersigned, an attorney, certifies that he caused copies of the foregoing pleading, along with this Notice of Filing, to be served on the person named above on November 22nd, 2010, by electronic filing.

                              s/Matthew J. McQuaid
                              MATTHEW J. MCQUAID
                              Attorney for Petitioner
                              53 W. Jackson Suite 1420
                              Chicago, IL 60604
                              (312) 726-9015
                              E-Mail: mcquaidmat@aol.com
                              Atty No: 6209489