**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                            Case No.: 1:10–cr–00655
                                            Honorable William J. Hibbler

Shaker Masri

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 30, 2010:

      MINUTE entry before the Honorable William J. Hibbler: as to Shaker Masri (1). Motion hearing held on 11/30/2010 regarding motion for miscellaneous relief [26]. Defendant's Motion to order a contact visit for defendant [26] is withdrawn in open court. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.