**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 10-CR-655

United States
    v.
Shaker Masri

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shaker Masri

| |
|---|
| NAME (Type or print) <br> Linda Moreno |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Linda Moreno |
| FIRM <br> Linda Moreno P.A. |
| STREET ADDRESS <br> P.O. Box 10985 |
| CITY/STATE/ZIP <br> Tampa, FL 33679 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0112283 (FL) | TELEPHONE NUMBER <br> 813-247-4500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓         APPOINTED COUNSEL ☐