# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:10–cr–00655
                                                Honorable William J. Hibbler

Shaker Masri

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 16, 2010:

      MINUTE entry before the Honorable William J. Hibbler: as to Shaker Masri (1). Status hearing held on 12/16/2010 and continued to 2/23/2011 at 1:00 PM. Application to appear pro hac vice of Joshua L. Dratel [28] and Linda Moreno [32] as counsel for Shaker Masri is granted. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.