UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| | ) | No. 10 CR 655 |
| v. | ) | |
| | ) | Hon. William J. Hibbler |
| SHAKER MASRI, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ATTORNEY DESIGNATION</u>**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Nicole M. Kim
NICOLE M. KIM
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7635

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

      ATTORNEY DESIGNATION

was served on February 23, 2011, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                         PATRICK J. FITZGERALD
                         United States Attorney

By:   /s/ Nicole M. Kim
        NICOLE M. KIM
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7635