**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:10−cr−00655
                                                Honorable William J. Hibbler

Shaker Masri
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 25, 2011:

MINUTE entry before the Honorable William J. Hibbler: as to Shaker Masri. Status hearing held on 3/25/2011 and continued to 5/10/2011 at 10:00 AM. Defendant to file any motion re. issues with access to their client. Excludable delay pursuant to 18:3161(h)(7)(A)(B)to continue. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.