# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:10−cr−00655
                                                    Honorable William J. Hibbler

Shaker Masri

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2011:

      MINUTE entry before the Honorable William J. Hibbler: as to Shaker Masri. Status hearing held on 6/2/2011 and continued to 6/24/2011 at 10:30 AM. Hearing on defendant's motion for modification of conditions of detention held. The Court orders defendant to be provided with telephonic access with his attorneys of 1 hour per week. Parties to be given information about access to e−mail for prisoners in the S.H.U. and if allowed, how such access can be provided. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.