# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 - 1 | **DATE** | 6/24/2011 |
| **CASE TITLE** | U.S.A. vs. MASRI | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/3/2011 at 10:15 a.m. The M.C.C. is directed to designate a computer for defendant to review discovery in a specified cell by 7/1/2011. The Lt. in the S.H.U. Section is to be made aware of this Court's order. During telephonic contact with his counsel defendant shall be secured in a private setting. Telephone access to be at least 1 hour per week and attorneys and M.C.C. staff to agree on a schedule. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue.     (X-T)

Docketing to mail notices.
*Copy to U.S. Marshal Service.

00:36

| | Courtroom Deputy Initials: | JHC |
|---|---|---|