UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAKER MASRI | No. 10 CR 655<br><br>Judge William J. Hibbler |

MOTION FOR ENTRY OF SUPPLEMENTAL AGREED
PROTECTIVE ORDER GOVERNING DISCOVEY

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for the entry of a supplemental agreed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with, from on or about July 19, 2010 to on or about August 3, 2010: [Count One] knowingly attempting to provide material support and resources to a designated foreign terrorist organization, namely al-Shabaab, knowing that organization had engaged in and was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1); and [Count Two] attempting to provide material support and resources, and to conceal and disguise the nature, location, source and ownership of such material support and resources, knowing and intending that they were to be used in preparation for and carrying out a violation of Title 18, United States Code, Section 2332a(b) (prohibiting a national of the United States from using, threatening, attempting or conspiring to use a weapon of mass destruction outside the United States), in violation of Title 18, United States Code, Section 2339A.

2. The government submits that for the reasons set forth in the government's proposed Supplemental Agreed Protective Order Governing Discovery, a courtesy copy of which will be provided to the Court under separate cover, a supplemental agreed protective order, to be entered under seal, is appropriate in this case due to the sensitive nature of certain discovery.

3. Counsel for the defendant have no objection to the proposed Supplemental Agreed Protective Order Governing Discovery.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

By:   /s/ Joel M. Hammerman
       JOEL M. HAMMERMAN
       NICOLE M. KIM
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 886-7635

Dated: September 21, 2011