# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                 Case No.: 1:10−cr−00655

                                                       Honorable William J. Hibbler

Shaker Masri

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2011:

      MINUTE entry before the Honorable William J. Hibbler: as to Shaker Masri (1). Status hearing held on 9/22/2011 and continued to 11/15/2011 at 9:30 AM. Jury Trial set for 7/23/2012 at 10:00 AM over defendant's objection. The Court will set an earlier trial date if its schedule will allow the same. Government's Motion for entry of supplemental agreed protective order [48] is granted. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.