UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10 CR 655 |
| v. | Hon. Sharon Johnson Coleman |
| SHAKER MASRI | |

**GOVERNMENT'S AGREED MOTION FOR A STATUS HEARING**

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and hereby respectfully moves the Court, for a status hearing in the above-referenced case on March 28, 2012 at 9:45 a.m., and states as follows:

1. On March 21, 2012, the above-referenced case was re-assigned to the Honorable Sharon Johnson Coleman. Counsel for the defense informed the government that they wanted to schedule a status before this Court. The government has no objection to this request.

WHEREFORE, the United States respectfully requests that this Court schedule a status hearing in this case on March 28, 2012, at 9:45 .am.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Nicole M. Kim
NICOLE M. KIM
JOEL M. HAMMERMAN
Assistant United States Attorneys
219 S. Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, and L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

GOVERNMENT'S AGREED MOTION FOR STATUS HEARING,

was served on March 22, 2012, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, and L.R. 5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the district court's system as to ECF filers.

By: /s/ Nicole M. Kim
NICOLE M. KIM
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-7635