UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 10 CR 655 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| SHAKER MASRI | ) | |

**NOTICE OF AGREED MOTION FOR A STATUS HEARING**

PLEASE TAKE NOTICE that on Wednesday, March 28, 2012, at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Sharon Johnson Coleman in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present: GOVERNMENT'S AGREED MOTION FOR A STATUS HEARING, in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Nicole M. Kim
        NICOLE M. KIM
        JOEL M. HAMMERMAN
        Assistant United States Attorneys
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the foregoing

**NOTICE OF MOTION**

was served on March 22, 2012, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                By:    /s/ Nicole M. Kim
                                                            NICOLE M. KIM
                                                            Assistant United States Attorney
                                                            219 South Dearborn Street
                                                            Chicago, Illinois 60604
                                                            (312) 353-5300