# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:10–cr–00655

                                                Honorable Sharon Johnson Coleman

Shaker Masri

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 4, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman:as to Shaker Masri, Status hearing held on 4/4/2012, Defendant, in custody and present with counsel. Defendant's motion to modify conditions [63] is briefed as follows: Defendant to supplement its motion by 4/11/2012. Government to file its response by 4/25/2012. Defendant to reply by 5/2/2012. Government to file its motion to continue trial date within 14 days. Defendant has 7 days to respond to Government's motion. Status hearing set for 5/9/2012 at 10:00 a.m. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A)(B), the Government's oral motion to exclude time in the interest of justice beginning 4/4/2012 through 5/9/2012 is granted with no objection. Mailed notice (keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.