**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 CR 655 |
| | ) | Judge Sharon Johnson Coleman |
| SHAKER MASRI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF CONDITIONS
OF PRE-TRIAL DETENTION AND TO RESET BRIEFING AND HEARING DATES**

**DEFENDANT SHAKER MASRI**, by and through his attorneys, **THOMAS
ANTHONY DURKIN, JOSHUA G. HERMAN, LINDA MORENO,** and **JOSHUA L.
DRATEL**, pursuant to the Due Process and Effective Assistance of Counsel Clauses of the Fifth
and Sixth Amendments to the Constitution of the United States, respectfully moves for an
extension of time to April 20, 2012, to file his supplemental memorandum in support of his
motion to modify the conditions of his detention; and further requests that the Court reset the
briefing schedule and the presently scheduled status hearing of May 9, 2012, accordingly.  The
government does not oppose this motion for extension of time.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1.      On April 3, 2012, Defendant filed a motion entitled, "Defendant's Renewed
Motion Regarding Conditions of Pre-Trial Detention; And Request for Brief Schedule,
Discovery, and Evidentiary Hearing."  (Dkt. No. 63.)

2.      On April 4, 2012, a status hearing was held, at which time the Court granted

counsel for Defendant leave to supplement the motion. The Court further set a briefing schedule as follows: Defendant to file his supplemental motion or memorandum by April 11, 2012; government to file its response by April 25, 2012; and Defendant to file his reply by May 2, 2012. (Dkt. No. 65.) The Court scheduled a status hearing for May 9, 2012. (*Id.*)

3. As this Court is aware, in addition to being represented by Attorney Durkin, Defendant is also represented by out-of-state counsel, Attorney Linda Moreno of Tampa, Florida and Attorney Joshua Dratel of New York City, both of whom were not in court on April 4, 2012, when the briefing schedule was set. Pre-existing business and travel commitments of both Ms. Moreno and Mr. Dratel have made it impossible for them to participate in the review and drafting of Defendant's supplemental pleading. As such, an extension of time to April 20, 2012, will be necessary for counsel to adequately prepare and file this pleading.

4. Counsel would further request, in agreement with the government, that the previously set briefing schedule should be adjusted accordingly, so that the government's response would be due on May 4, 2012; Defendant's reply would be due by May 11, 2012, and the status hearing reset for the week of May 21, 2012, at a date and time mutually convenient for the Court and counsel.

5. This request is made in good faith and not for purposes of delay. Defendant and counsel will also not object to any time being excluded under the Speedy Trial Act, 18 U.S.C. §3161(h).

6. AUSA Joel M. Hammerman has informed counsel that they can represent to the Court that the government has no objection to the granting of this extension of time.

Respectfully submitted,


/s/Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**


/s/Joshua G. Herman
**JOSHUA G. HERMAN,**


/s/Linda Moreno
**LINDA MORENO,**


/s/Joshua L. Dratel
**JOSHUA L. DRATEL,**
Attorneys for Defendant Shaker Masri.


**DURKIN & ROBERTS**
2446 North Clark
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com

**LINDA MORENO, P.A.**
P.O. Box 10985
Tampa, FL 33679
(813) 247-4500
lindamoreno.esquire@gmail.com

**JOSHUA L. DRATEL, P.C.**
2 Wall Street, 3rd Floor
New York, New York 10005
(212) 732-0707
jdratel@joshuadratel.com

## CERTIFICATE OF SERVICE

Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant's Unopposed Motion for Extension of time to File Memorandum in Support of Motion for Modification of Conditions of Pre-Trial Detention and to Reset Briefing and Hearing Dates, was served on April 11, 2012, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com

4