**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 CR 655 |
| | ) | Judge Sharon Johnson Coleman |
| SHAKER MASRI, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: All Counsel of Record (ECF)

**PLEASE TAKE NOTICE** that on Wednesday, April 18, 2012, at 9:45 a.m., or as soon thereafter as we may be heard, we shall appear before Judge Sharon Johnson Coleman, in Courtroom 1425 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Unopposed Motion for Extension of time to File Memorandum in Support of Motion for Modification of Conditions of Pre-Trial Detention and to Reset Briefing and Hearing Dates, a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com

## **CERTIFICATE OF SERVICE**

      Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Notice of Motion, was served on April 11, 2012, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com