## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                   Case No.: 1:10–cr–00655

                                   Honorable Sharon Johnson Coleman

Shaker Masri

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2012:

        MINUTE entry before the Honorable Sharon Johnson Coleman:Defendant's unopposed motion [66] for an extension of time to file memorandum in support of motion for modification of pre–trial detention is granted. Defendant's memorandum shall be filed by 4/20/2012. Government's response shall be filed by 4/25/2012. Defendant's reply shall be filed by 5/02/2012. 5/09/2012 status hearing stricken and reset to 5/23/2012 at 9:30 a.m. By agreement of the parties and in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h), time is excluded through 5/23/2012. No court appearance is necessary on 4/18/2012.Mailed notice (keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.