UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAKER MASRI | No. 10 CR 655<br><br>Hon. Sharon Johnson Coleman |

## NOTICE OF MOTION

To:   Counsel of Record

    PLEASE TAKE NOTICE that on Wednesday, May 23, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Sharon Johnson Coleman in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in her place and stead, and then and there present the Government's Motion to Extend Trial Date.

    Respectfully submitted,

    PATRICK J. FITZGERALD

    United States Attorney

By:   /s/ Joel M. Hammerman
    JOEL M. HAMMERMAN
    NICOLE M. KIM
    Assistant U.S. Attorneys
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 353-8881