UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10 CR 655 |
| v. | |
| SHAKER MASRI | Hon. Sharon Johnson Coleman |

## GOVERNMENT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE MOTION RESPONSE

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby respectfully moves the Court for a seven day extension of time to respond to defendant's motion to modify the conditions of his pre-trial detention. The defendant does not oppose the government's motion. In support of this motion for an extension of time, the government states as follows:

On April 3, 2012, the defendant, Shaker Masri, filed a motion to modify the conditions of his pre-trial detention. R. 63. At an April 4, 2012 status hearing, the Court granted the defendant until April 11, 2012 to file a memorandum in support of that motion. R. 65. The government was to respond to the defendant's motion fourteen days later: by April 25, 2012. R. 65. On April 11, 2012, the defendant filed an unopposed motion for additional time in which to file his proposed memorandum in support of his pending motion. R. 66. In support of that motion for additional time, the defendant further requested that the Court reset the parties' then anticipated briefing schedule to account for the extension that the defendant then sought. R. 66. On April 17, 2010, the Court granted the defendant's

motion, resetting the date on which the defendant was required to file his memorandum from April 11, 2012 to April 20, 2011 and resetting the Court's proposed status hearing from May 9, 2012 to May 23, 2012. R. 68. The Court, however, did not reset the date on which the government was to file its response to the defendant's motion. R. 68.

As required by the Court's most recent order, the defendant filed his memorandum in support of his motion to modify the conditions of his detention late on the evening of Friday, April 20, 2012. R. 71. Under the Court's current scheduling order, the government has three business days to respond to that motion. The government hereby respectfully requests fourteen days – until May 4, 2012 – to file its response. The government submits that this proposed extension of time is necessary for the government to file a thorough response to the defendant's motion. The defendant does not oppose the government's request.

For the foregoing reasons, the government respectfully requests that the Court allow the government to file its response to defendant's motion to modify the conditions of his pre-trial detention on or before May 4, 2012 and further provide for the defendant to file his reply a week later, on May 11, 2012.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Joel M. Hammerman
JOEL M. HAMMERMAN
NICOLE M. KIM
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604