# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:10–cr–00655
                                          Honorable Sharon Johnson Coleman

Shaker Masri

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 24, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman:as to Shaker Masri, Unopposed motion [72] by USA for extension of time to file response is granted. Response to defendant's motion for modification or pre−trial detention shall be filed by 5/04/2012. Defendant's reply shall be filed by 5/11/2012. No court appearance is necessary on 4/25/2012. Mailed notice (keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.