UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SHAKER MASRI

No. 10 CR 655

Hon. Sharon Johnson Coleman

## GOVERNMENT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE MOTION RESPONSE

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby respectfully moves the Court for a five day extension of time, until May 9, 2012, to respond to defendant's motion to modify the conditions of his pre-trial detention. The defendant does not oppose the government's motion. In support of this motion for an extension of time, the government states as follows:

On April 3, 2012, the defendant, Shaker Masri, filed a motion to modify the conditions of his pre-trial detention. R. 63. The defendant filed a memorandum in support of his motion to modify the conditions of his detention on April 20, 2012. R. 71. On April 24, 2012, the Court issued an order providing that the government had until May 4, 2012 to file its response to the defendant's motion. R. 74. Since that time, the parties have had preliminary discussions concerning issues related to the condition of the defendant's confinement. The government is requesting the additional time sought by this motion to further pursue those discussions in order to determine whether issues raised by the defendant's motion can be resolved by and between the parties without further Court intervention. The defendant does not oppose the government's request.

For the foregoing reasons, the government respectfully requests that the Court extend the deadline for the government to file its response to defendant's motion to modify the conditions of his pre-trial detention to May 9, 2012 and further provide for the defendant to file his reply a week later, on May 16, 2012.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Joel M. Hammerman
      JOEL M. HAMMERMAN
      NICOLE M. KIM
      Assistant U.S. Attorneys
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604