UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SHAKER MASRI

No. 10 CR 655

Hon. Sharon Johnson Coleman

## NOTICE OF MOTION

To:  Counsel of Record

     PLEASE TAKE NOTICE that on Wednesday, May 9, 2012 at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Sharon Johnson Coleman in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in her place and stead, and then and there present the Government's Unopposed Motion for Extension of Time to File Motion Response.

                            Respectfully submitted,


                            PATRICK J. FITZGERALD

                            United States Attorney

          By:    /s/ Joel M. Hammerman
                            JOEL M. HAMMERMAN
                            NICOLE M. KIM
                            Assistant U.S. Attorneys
                            219 South Dearborn St., Rm. 500
                            Chicago, Illinois 60604
                            (312) 353-8881