# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                    Case No.: 1:10–cr–00655

                                                      Honorable Sharon Johnson Coleman

Shaker Masri

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman:Status hearing held on 5/9/2012 and continued to 5/23/2012 at 09:30 AM. Government to file reply to defendant's response to the government's motion to continue trial by 5/16/12. Defendant's motion to modify conditions (63) is withdrawn without prejudice. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A)(B), the Government's oral motion to exclude time in the interest of justice beginning 5/9/12 through and including 5/23/12 is granted with no objection. Judicial staff mailed notice (gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.