UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 655 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| SHAKER MASRI | ) | |

**GOVERNMENT'S MOTION REQUESTING A CONTINUED PRETRIAL
CONFERENCE PURSUANT TO THE
<u>CLASSIFIED INFORMATION PROCEDURES ACT</u>**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby respectfully moves the Court to hold a continued pretrial conference pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and in support thereof states as follows:

On March 30, 2012, the government filed a motion requesting a renewed pretrial conference in this matter pursuant to Section 2 of CIPA to address the import that classified information may have on the discovery process and the resolution of this case. On April 4, 2012, this Court held an *ex parte* and *in camera* CIPA Section 2 pretrial conference with the government at which the government was able to advise the Court, in limited fashion, how classified information could effect the discovery process, and, as a result, the Court's scheduling in this case. Immediately following that conference, the Court held a status hearing with both the government and counsel for the defendant.

Since April 4, 2012, the government has been working diligently to resolve the issues related to the extensive classified information implicated in discovery in this case. The

government is now in a position to provide additional information to the Court regarding these issues. The government is filing the instant motion requesting a continued opportunity to advise the Court, with specificity, of the nature and volume of the classified information and its expected import on the resolution of this matter.

Section 2 of CIPA provides that "[a]t any time after the filing of the indictment or information, any party may move for a pretrial conference to consider matters relating to classified information that may arise in connection with the prosecution." 18 U.S.C. App. III § 2. After such a motion is filed, "the court shall promptly hold a pretrial conference to establish the timing of requests for discovery, the provision of notice required by Section 5 of [CIPA], and the initiation of the procedure established by Section 6 of [CIPA]." *Id.*

As explained in the government's earlier filed memorandum (docket entry number 46 on the Court's docket), classified material may exist in the instant case that could be subject to disclosure in advance of trial under applicable rules, statutes, and/or case law. The disclosure of such material could raise issues of national security which, the government respectfully submits, the Court should address before the material is provided to the defense. Accordingly, the government respectfully requests that the Court hold a continued pretrial conference hearing pursuant to Section 2 of CIPA on May 23, 2012. At that hearing, the government would request the opportunity to advise the Court *ex parte* and *in camera* concerning the volume and nature of the types of classified material that are implicated by this case and the status of the production of the remaining discovery. The government would be prepared to discuss these matters with specificity, and to discuss with the Court a discovery plan and pretrial motion schedule, including a schedule for the filing of motions

pursuant to Sections 3and 4 of CIPA, that would address those various matters. The government would further request that following this proposed briefing, the Court include counsel for the defendant in the Court's conference so that the Court can outline a schedule to address these matters and the anticipated resolution of this case with all counsel.

## *Conclusion*

For the foregoing reasons, the government respectfully requests that pursuant to Section 2 of CIPA, that, on May 23, 2012, the Court hold a pretrial conference consistent with the proposed procedures outline herein, during which the Court can establish a discovery and motion schedule relating to any classified information.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/ Nicole M. Kim
        NICOLE M. KIM
        JOEL M. HAMMERMAN
        Assistant U.S. Attorneys
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        (312) 353-5300

<u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the GOVERNMENT'S MOTION REQUESTING A CONTINUED PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT, was served pursuant to the district court's ECF system as to ECF filers on May 22, 2012.

By: /s/ Nicole M. Kim
_____
NICOLE M. KIM
Assistant United States Attorney
219 S. Dearborn Street - Fifth Floor
Chicago, Illinois 60604
(312) 353-5300