# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:10–cr–00655
                                              Honorable Sharon Johnson Coleman

Shaker Masri

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 22, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri; Defendant's oral motion to attend hearing or postpone hearing is denied without prejudice. Section 2 CIPA hearing held on 5/22/2012. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.