# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 1:10–cr–00655
                                             Honorable Sharon Johnson Coleman

Shaker Masri

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri; Motion hearing held on 5/23/2012. On government's motion requesting a continued pretrial conference pursuant to CIPA [80] regarding motion for hearing[80]. ruling by 5/25/2012. Status hearing held on 5/23/2012. Defendant to file a separate pleading for release. Said motion shall be filed by 5/30/2012. Response to be filed by 6/6/2012. Status hearing set for 6/11/2012 at 11:00 AM. Hearing on the motion for release at the next status hearing. The court will set a ruling date in the order. Over the objection of defendant, time excluded to 6/11/2012 pursuant to 18:3161 (h)(1)(D). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.