# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:10–cr–00655
                                           Honorable Sharon Johnson Coleman

Shaker Masri

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri (1); The court has considered the parties' filings and arguments regarding the extent of unavoidable delays prior to reassignment of this matter to this court, the remaining discovery to be conducted, the anticipated complexity of trial, and counsel's availability for trial. The court finds that these factors weigh in favor of a continuance of the previously established 7/23/2012 trial date. The court therefore grants in part the government's motion [69] to extend trial date. Jury Trial set for 9/12/2012 at 9:00 a.m., subject to counsel's ability to resolve scheduling conflicts identified in open court. Previously set briefing schedule for defendant's motion for release from custody to stand. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.