**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                           Case No.: 1:10–cr–00655
                                             Honorable Sharon Johnson Coleman

Shaker Masri
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 11, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri: Status hearing held on 6/11/2012. Motion hearing held on 6/11/2012. On defendant's motion for release from custody[84], the court will rule within the next 2 days. Status hearing set for 7/12/2012 at 10:30 AM. Time excluded to 7/12/2012 pursuant to 18:3161 (h)(7)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.