1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10 CR 655 |
| Plaintiff, | ) | |
| v. | ) | Chicago, Illinois |
| | ) | May 9, 2012 |
| SHAKER MASRI, | ) | 9:45 a.m. |
| Defendant. | ) | Motion |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE SHARON JOHNSON COLEMAN

APPEARANCES:

For the Government:   HON. PATRICK J. FITZGERALD
                     United States Attorney, by
                     MR. JOEL M. HAMMERMAN
                     MS. NICOLE KIM,
                     Assistant United States Attorneys
                     219 South Dearborn Street
                     Suite 500
                     Chicago, Illinois  60604

For the Defendant:   DURKIN & ROBERTS
                     2446 North Clark Street
                     Chicago, Illinois  60614
                     BY:  MR. THOMAS A. DURKIN
                          MR. JOSHUA G. HERMAN

TRACEY DANA McCULLOUGH, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Room 1426
Chicago, Illinois  60604
(312) 922-3716

1         THE CLERK: 10 CR 655, USA versus Masri.

2         MR. HAMMERMAN: Good morning, Your Honor. Joel
3 Hammerman and Nicole Kim on behalf of the United States.

4         MR. DURKIN: Good morning, Judge. Tom Durkin and
5 Joshua Herman on behalf of the defendant.

6         THE COURT: All right. So we have a motion.

7         MR. HAMMERMAN: Yes, Your Honor. It's the
8 government's unopposed motion for an extension of time to file
9 a motion in response, which I am pleased to inform the Court I
10 believe is now moot. Mr. Durkin and I have had a number of
11 discussions and believe that -- my understanding is that the
12 defense will withdraw its motion regarding the defendant's
13 conditions of confinement without prejudice at this time.

14         THE COURT: Is that correct, Mr. Durkin?

15         MR. DURKIN: That is correct, Judge. Maybe I can
16 expand on it a little further, though, to be clear. What we're
17 talking about is simply my motion. There's two motions before
18 the Court. There's my motion, our motion for -- Mr. Dratel and
19 Miss Moreno are involved in this as well. It's the motion
20 regarding the conditions of confinement in the special housing
21 unit. That motion as a result of our agreement yesterday will
22 be withdrawn without prejudice subject to renewal if it's not
23 workable. The agreement, as I understand it, is that the MCC
24 has relented or agreed to move him into the general population
25 with certain restrictions that are a little more restrictive

PDF created with pdfFactory trial version www.pdffactory.com

1   than most people in general population.  But at least on the
2   conditions as we understand them to be we're willing to try
3   that and work it out.
4              There are -- one of our major concerns, as you know,
5   in the motion was e-mail.  There will be some limitations on
6   his e-mail in terms of quantity that may become a problem, but
7   we're willing to try to accommodate everyone right now.  So we
8   have -- the agreement we've reached is acceptable to us for the
9   time being.  It's conceivable, however, that there could be
10  issues that would arise that would -- and we've agreed that we
11  could then reraise the motion if that's acceptable to you.
12             THE COURT:   The Court not knowing exactly what the
13  agreement was, the Court was apprised by the marshal just as to
14  the generalities of not your client's situation, but as to SHU
15  and the situation facing many of the occupants of SHU, and as
16  opposed to what was in the general population.  So giving the
17  Court just a general overview of how the matter is set up.  So
18  if you all can agree to it, fine.  If not, the Court has a
19  little bit more of a clear understanding of how things are in
20  the MCC, and hopefully will be able to address what the
21  concerns are.
22             MR. DURKIN:   That's fine.
23             THE COURT:   Okay.  All right.  Yes.  Next.
24             MR. DURKIN:   One other thing I wanted to put of
25  record, excuse me, is that we've also agreed, however, that

PDF created with pdfFactory trial version www.pdffactory.com

1  this agreement on this motion does not affect the position that
2  the defense has taken in the motion to continue the trial date.
3  As --
4              THE COURT:   That was my next question, what was going
5  on.  I still, I still can do July 23rd, but --
6              MR. DURKIN:   Well, so can we.  And we have -- I think
7  the government is still -- you haven't filed a response yet to
8  that, have you?
9              MR. HAMMERMAN:   It was our motion to continue the
10 trial date, Your Honor.  Defense counsel has filed a response.
11 The Court did not set a reply date.
12             THE COURT:   When can you reply?
13             MR. HAMMERMAN:   I'm sorry, Your Honor?
14             THE COURT:   When can you reply by?
15             MR. HAMMERMAN:   If you would like us to do seven
16 days.  Initially I believe because we had a more expedited
17 status hearing, there had no reply date, but we can reply
18 within seven days.  It is still the position of the government
19 that the July 23rd date simply for the reasons set forth in our
20 motion will be incredibly difficult for us to present the case
21 at that time given the amount of work that's required to be
22 done by both the government, defense counsel, and the Court for
23 this type of case.
24             THE COURT:   I haven't read all the pleadings.  Again,
25 the Court's concern was that this date was set, what, almost a

PDF created with pdfFactory trial version www.pdffactory.com

1   year ago by Judge Hibbler?  Quite some time ago.
2               MR. HAMMERMAN:    It was set I believe some time ago.
3   I think September, maybe August.  I would have to go back and
4   look.
5               THE COURT:    So at least nine months maybe ago.  And
6   was this concern that that wouldn't be time enough brought up
7   then?
8               MR. HAMMERMAN:    Yes.
9               THE COURT:    But he set that date anyway.
10              MR. HAMMERMAN:    He set that date and he said -- and I
11  don't want to misquote Judge Hibbler because I don't have the
12  record in front of me, but I believe he said at the time that
13  sometimes trial dates, in fact, have to be moved given the
14  nature and circumstances.
15              THE COURT:    Judge Hibbler was much nicer than I am.
16              MR. DURKIN:    Judge, what he also said, however -- and
17  I don't disagree with Mr. Herman.  He did say --
18              MR. HAMMERMAN:    Hammerman.
19              MR. DURKIN:    Mr. Hammerman.  We got Herman on one
20  side and Hammerman on the other.  It's early in the morning.  I
21  get confused.  He also said that -- if you recall, it was over
22  our objection to even set it in July.  He said he would also
23  try to accommodate an earlier trial if he could.
24              THE COURT:    And again, we're talking a month?
25              MR. DURKIN:    I'm sorry?

PDF created with pdfFactory trial version www.pdffactory.com

1            THE COURT:    We're talking a month long, three weeks?
2    How long are we talking again for the trial?
3            MR. HAMMERMAN:    For an extension of time, Your honor?
4            THE COURT:    No.  No.  For the trial.
5            MR. DURKIN:    I believe this trial will be a trial
6    that can be accomplished in less than two weeks.
7            THE COURT:    Two weeks now?
8            MR. DURKIN:    Yes.
9            THE COURT:    Oh.  That makes a slight difference in
10   the Court's schedule.  One of the problems is the Court's --
11   this schedule.
12           MR. DURKIN:    No, I understand.  What I want to make
13   clear, and maybe I haven't made clear yet this morning, is that
14   our response -- in our response to the motion to continue the
15   trial date, we have said that it is our position that
16   constitutionally under due process, speedy trial, and Sixth
17   Amendment speedy -- effective assistance and speedy trial, that
18   release is the only alternative.  Not release from the SHU.
19   And that's what I wanted to make clear today.  Just because
20   we've agreed to withdraw our motion on the SHU, we are not
21   agreeing that that somehow obviates the constitutional issues
22   we've raised in our objection to the speedy trial.
23           THE COURT:    Oh, the Court understands.
24           MR. DURKIN:    I just want to make sure.  Because our
25   position is clear on that.  I want to make sure it's clear.

PDF created with pdfFactory trial version www.pdffactory.com

Case: 1:10-cr-00655 Document #: 87 Filed: 06/14/12 Page 7 of 8 PageID #:283

7

1             THE COURT:   The Court believes it's clear, and also
2    we still have their reply to file.  And then the Court will,
3    you know, hear your responses.
4             MR. DURKIN:   I think we have a status date of the
5    23rd.
6             THE COURT:   And this is due the 22nd, is that
7    correct?  Did we just say, Gladys?
8             MR. HAMMERMAN:   Today is the 9th.  The 16th, Your
9    Honor.
10            THE CLERK:   May 16th.
11            THE COURT:   The 16th.  Well, let's just keep it on
12   that date.
13            MR. DURKIN:   That's fine.  I think you had it set for
14   this morning as a status.  I think that was a mistake.  It
15   might not have been stricken.  I think you moved it till the
16   23rd.
17            THE COURT:   Yes, it's the 23rd, and we'll it leave it
18   on the 23rd.  At 9:30.
19            MR. DURKIN:   Mr. Dratel and Miss Moreno are coming in
20   for that.
21            THE COURT:   That will be fine.  All right.  Anything
22   else from the government?
23            MR. HAMMERMAN:   Not at this time from the government,
24   Your Honor.
25            THE COURT:   Anything else from defense?

1  MR. DURKIN: No, Judge.
2  THE COURT: All right. We'll see you then. Thank
3  you very much.
4  MR. HAMMERMAN: Thank you Your Honor.

### CERTIFICATE

6  I HEREBY CERTIFY that the foregoing is a true,
7  correct and complete transcript of the proceedings had at the
8  hearing of the aforementioned cause on the day and date hereof.

10  /s/TRACEY D. McCULLOUGH    May 11, 2012
11  Official Court Reporter        Date
    United States District Court
12  Northern District of Illinois
    Eastern Division

PDF created with pdfFactory trial version www.pdffactory.com