# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Shaker Masri

                Defendant.

Case No.: 1:10–cr–00655
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 12, 2012:

    MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri(#22960424); Status hearing held on 7/12/2012. Defendant refused to appear. Jury trial set to 9/12/2012 is stricken. Defendant's motion for release from custody [84] is entered and continued. Change of Plea Hearing set for 7/20/2012 at 10:00 AM. Copy of the plea agreement to be submitted to the court at least 3 days prior to the hearing. Time excluded to 7/20/2012 pursuant to 18:3161 (h)(7)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.