# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                       Case No.: 1:10–cr–00655
                                       Honorable Sharon Johnson Coleman

Shaker Masri

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 18, 2012:

    MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri(#22960424); Change of Plea Hearing set for 7/20/2012 is reset to 7/30/2012 at 01:30 PM. Copy of the plea agreement to be submitted to the court at least 3 days prior to the hearing. Time excluded to 7/30/2012 pursuant to 18:3161 (h)(7)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.