

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon J. Coleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 | **DATE** | 7/30/2012 |
| **CASE TITLE** | USA vs. Shaker Masri | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to count 1 of the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set to 10/16 at 1:30 p.m. Sentencing memorandum and/or objections to the presentence investigation to be filed by 10/9/2012. Any responses to be filed by 10/12/2012. Enter Plea Agreement. Defendant's motion for release from custody [84] is withdrawn without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | rh |
|---|---|---|---|