# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:10–cr–00655
                                                        Honorable Sharon Johnson Coleman

Shaker Masri

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 29, 2012:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Shaker Masri(#22960424); Status hearing held on 8/29/2012. Sentencing set for 12/11/2012 at 01:00 PM. Parties having agreed to this date, and the court having rearranged its trial schedule to accommodate this hearing, the date is FINAL. Sentencing memorandum and/or objections to the presentence investigation by 11/27/2012. Any responses due by 12/4/2012. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.