**FILED**
**OCT 11 2012**
Judge Sharon Johnson Coleman
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10 CR 655 |
| ) | Judge Sharon Johnson Coleman |
| SHAKER MASRI, ) | |
| ) | |
| Defendant. ) | |

**EMERGENCY UNOPPOSED MOTION FOR ENTRY OF
AGREED ORDER TO PERMIT A PRISONER VISIT
AT RUSH UNIVERSITY MEDICAL CENTER UNDER
ESCORT OF THE UNITED STATES MARSHALS
SERVICE, COST TO BE BORNE BY DEFENDANT**

**DEFENDANT SHAKER MASRI**, by and through his attorneys, **THOMAS ANTHONY DURKIN, JOSHUA G. HERMAN, LINDA MORENO,** and **JOSHUA L. DRATEL**, respectfully moves for the entry of an Agreed Order for Prisoner Visit so as to permit Defendant the opportunity to visit his dying mother at the Rush University Medical Center. Defendant will be escorted by the United States Marshals Service and the costs will be borne by Defendant. A copy of the agreed order has been provided to this Court through appropriate channels. The government does not oppose this motion, and has agreed to the entry of this Order.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On October 9, 2012, counsel for Defendant were informed that, as of October 8, 2012, Defendant's mother, Ms. Rihawi Zainab, was in the Rush University Medical Center Intensive Care Unit (ICU), diagnosed with metastatic lung and spine cancer, with the possibility

of spleen involvement, with persistent low oxygen levels due to compromised lung function. She is not expected to leave the ICU. A copy of a note from Dr. Diane Heldman, M.D., confirming Ms. Zainab's condition is attached hereto as Exhibit A.

2. On October 10, 2012, undersigned counsel contacted AUSA Nicole Kim regarding the situation, and to request the government's assistance to secure modification of Defendant's conditions of confinement to permit a visit with his mother at the ICU of Rush University Medical Center.

3. AUSA Kim kindly contacted Deputy United States Marshal Kenneth Robinson, who indicated that the Marshals Service has procedures for such a visit. If the Court should enter an Order permitting such a visit, the visit would be under the escort of Deputy Marshals, the cost to be borne by Defendant and his family, and that such escort and visit could be accomplished quickly. Deputy Marshal Robinson then spoke with undersigned counsel, Durkin, and provided him with the cost of the escort. Mr. Durkin assured Deputy Marshal Robinson that he would provide certified funds immediately upon the entry of the order.

4. AUSA Kim prepared an Agreed Order, which has been provided to this Court through the appropriate channel.

Respectfully submitted,

/s/Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN,**

2

/s/Linda Moreno
**LINDA MORENO,**

/s/Joshua L. Dratel
**JOSHUA L. DRATEL,**
Attorneys for Defendant Shaker Masri.

**DURKIN & ROBERTS**
2446 North Clark
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com

**LINDA MORENO, P.A.**
P.O. Box 10985
Tampa, FL 33679
(813) 247-4500
lindamoreno.esquire@gmail.com

**JOSHUA L. DRATEL, P.C.**
2 Wall Street, 3rd Floor
New York, New York 10005
(212) 732-0707
jdratel@joshuadratel.com

## CERTIFICATE OF SERVICE

Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant's Emergency Unopposed Motion for Entry of Agreed Order to Permit a Prisoner Visit at Rush University Medical Center Under Escort of the United States Marshals Service, Cost to be Borne by Defendant, was served on October 10, 2012, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com