# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon J. Coleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 655 | **DATE** | 10/11/2012 |
| **CASE TITLE** | USA vs. Shaker Masri | | |

**DOCKET ENTRY TEXT**

Defendant's emergency unopposed motion for entry of agreed order to permit a prisoner visit at Rush University Medical Center under escort of the U.S. Marshal's Service, is granted. Exhibit A to defendant's motion shall be filed under seal. Enter Order for Prisoner Visit.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rh |
|---|---|---|