UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 10 CR 655 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| SHAKER MASRI | ) | |

### ORDER FOR PRISONER VISIT

This matter having been brought before the Court on defendant Shaker Masri's motion, and all parties advised thereof, IT IS HEREBY ORDERED THAT, according to the United States Marshals Service's policies and protocols, defendant shall be allowed one visit with his mother, Rihawi Zainab, at Rush University Medical Center in Chicago, Illinois (the "Visit").

IT IS FURTHERED ORDERED THAT only defendant, the transporting United States Deputy Marshals, defendant's mother Rihawi Zainab, and necessary medical personnel shall be present during the Visit. No other family members or friends shall be allowed at the Visit.

IT IS FURTHERED ORDERED THAT prior to the Visit, defendant, his family, or other associates shall pay the anticipated costs of the United States Marshals Service's staff, transportation, and per diem required to accomplish the Visit, by either cashier's check or money order, and must agree in writing to pay any additional costs not anticipated but incurred by the United States Marshals Service in the performance of the Visit. All costs directly related to these special

types of productions shall be collected by the United States Marshals Service in advance of the Visit.

IT IS FURTHERED ORDERED THAT defendant shall remain properly restrained at all times during transportation to and from the Visit and during the Visit consistent with the United States Marshals Service's policy on restraining prisoners. The transporting personnel may terminate the Visit at any time if conditions indicate a security problem that threatens the custody of defendant or the safety of the public or the United States Marshals Service personnel.

SO ORDERED AND ENTERED:

Date: October 11, 2012

_____
Sharon Johnson Coleman
United States District Judge