**FILED**

SEP 2 6 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

9-22-16

To: Judge Sharon Johnson Coleman

From: Shaker Masri

Case Number : 10 CR 655

Dear Judge Coleman,
   I don't know if you remember me, I was the courts first terrorism case. Its been four long years since the court sentenced me to 118 months, to be served in the custody of the Federal Bureau of Prisons. The court also sentenced me to 20 years supervised release-- Probation.
   I have served so far 6 years, 3 months and 18 days of my sentence. I have been a model inmate, I have been spending my time wisely behind bars, by programming and staying out of trouble. I have enrolled in the drug program(RDA), and I am eligible for the early release, which puts me out a year earlier. While in court, because of the advice of my attorneys, I didn't speak much. The only thing you know about me is mostly how the prosecution chose to define me. I was never a bad person, I was stupid and delusional, and I made many bad choices. I hope that when I get released, I will be able to make amends if I could, and live for a better future.
   The reason I am writing your honor today, is because I have been meaning to write the court, but I couldn't find the right occasion, and I was scared thinking, that it's the wrong thing to do. My attorneys warned me of not speaking inside the court room before the got sentenced. I am also writing you, because, recently. I saw my case manager and he recommended that I get 6 months half-way house time. He could have asked 12 months, which will put me out the door in February of 2017. I requested that I am put in for the 12 months, but he refused arbitrarily.
   I plan to continue my education when I am released. I applied to a community college that is closest to the half-way house, and I got accepted(see Exhibit: A). The earliest classes that I could enroll in are in March, 13th 2017, spring semester(see Exhibit B). I also applied for financial aid and I got approved(see Exhibit C). One of the best chances I have towards making amends and rehabilitating my self is through furthering my education, which is the best vehicle of social mobility. If my case manager recommends 12 months, I could be out in February of 2017, and be able to make it to class. My case manager is not willing to change his mind. Through the second chance act, I am eligible for up to a year.
   I could file a grievance, and the process can take a long time : up to a year. Also the BOP has the discretion, so the courts wont be able to do much.
   When I got arrested, I was arbitrarily put in the Specially Housing Unit, I spent over 20 months in the Special Housing Unit, even though I was not a danger to anyone. The conditions in the Special Housing Unit(aka hole) were very harsh. It was unnecessary for me to be in the SHU for that long, considering I didn't violate any prison rules, and I was a pre-trial inmate. I ask the court to reconsider my request for double time, or time an a half, to compensate for the SHU time I spent. I believe if I am at least allowed 6 months for every year, I will be able to make it to class on march 13th 2017, or maybe an earlier date.
   If my request is granted, I am also willing to work with the probation office, and work very hard to dissuade young Muslims from extremism, by using my experience. I am also willing to do what ever it takes to ensure that no young person falls prey to extremism, especially in these times. I am not a violent person, you can check my history. The court also sentenced me to 20 years supervised release. If I violate, the court should drop the heaviest hammer on me.
   The only reason I am contacting the court is because it's my hope that the court could do something to assist me in making it to class in the spring of 2017. Society will be better served, if am I at college, furthering my education and volunteering to keep young Muslim men away from extremism.

Yours Truthfully,
Shaker Masri

9-22-16

  

Case: 1:10-cr-00655 Document #: 109 Filed: 09/26/16 Page 2 of 4 PageID #:468

# STUDENT AID REPORT
## 2016-2017

Exhibit: C

WWW.FAFSA.GOV

OMB No. 1845-0001

JULY 14, 2016

DATA RELEASE NUMBER (DRN): 5628
EXPECTED FAMILY CONTRIBUTION (EFC): 000000

000185C135    F 211 1617

SHAKER MASRI
1 WHEATON CTR APT1810
WHEATON IL 60187

Dear SHAKER MASRI,

**Your Student Aid Report (SAR)** summarizes the information you submitted on your 2016-2017 Free Application for Federal Student Aid (FAFSA).

**Application Status (review the checked boxes)**

☑ Your FAFSA appears to be complete. **Review the data on pages 3-10 of your SAR and make corrections or updates if necessary.** The school(s) listed on your FAFSA will receive your information.

**Federal Student Aid Eligibility (review the checked boxes)**

The data submitted on your FAFSA is used to calculate your Expected Family Contribution (EFC), which is 000000.

The EFC is **not** the amount of money that your family must provide. Rather, you should think of the EFC as an index that colleges use to determine how much financial aid you would receive if you were to attend their school. Financial aid may include grants (free funds that do not have to be repaid), work-study (paid part-time employment), and/or low-interest loans (borrowed funds that must be repaid). Please note that your EFC is subject to change if you update or correct your FAFSA.

Your financial aid package could also include other federal, state, or institutional grants and scholarships, and/or a work-study award. Your school's financial aid office will advise you of the specific types and amounts of student aid you are eligible to receive. For more information about the EFC, grants, loans, work-study, scholarships and other sources of aid, go to StudentAid.gov.

☑ Based on your EFC it appears that **you may be eligible** for a Federal Pell Grant of up to $5815, provided you have not met or exceeded the lifetime limit established for the Federal Pell Grant program. You may also be eligible for other grants, work-study opportunities, and low-interest student loans.

You should keep this SAR for your records!

R5EN000185  135

PAGE 1 OF 10



00321351900MA01

# Academic Calendar 2016-2017

The Academic Calendar shows key dates for credit students during the 2016-2017 year.

## Academic Calendar 2016-2017 (Credit Programs)

| SUMMER 2016 TERM | Regular session | | |
|---|---|---|---|
| Priority registration (continuing students)[4] | Apr 4, 2016 (Mon) – Apr 5, 2016 (Tue) | | |
| Open registration (all students)[3,4] | Apr 6, 2016 (Wed) – Jun 3, 2016 (Fri) | | |
| First day of class | Jun 8, 2016 (Wed) | | |
| Independence Day Holiday | Jul 4, 2016 (Mon) | | |
| Mid-term | Jul 6, 2016 (Wed) | | |
| Last day for student initiated withdrawal | Jul 20, 2016 (Wed) | | |
| Last day of Summer classes | Jul 30, 2016 (Sat) | | |
| Summer 2016 term ends | Jul 30, 2016 (Sat) | | |
| **FALL 2016 TERM** | **Regular 16 week session** | **12 week session[2]** | **8 week session[2]** |
| Priority registration (continuing students)[4] | Apr 4, 2016 (Mon) – Apr 5, 2016 (Tue) | | |
| Open registration (all students)[3,4] | Apr 6, 2016 (Wed)– Aug 22, 2016 (Mon) | Apr 6, 2016 (Wed) – Sep 19, 2016 (Mon) | Apr 6, 2016 (Wed) – Oct 17, 2016 (Mon) |
| First day of class | Aug 29, 2016 (Mon) | Sept 26, 2016 (Mon) | Oct 24, 2016 (Mon) |
| Labor Day Holiday | Sept 5, 2016 (Mon) | | |
| Mid-term | Oct 26, 2016 (Wed) | Nov 6, 2016 (Sun) | Nov 20, 2016 (Sun) |
| Last day for student initiated withdrawal | Nov 21, 2016 (Mon) | Nov 26, 2016 (Sat) | Dec 3, 2016 (Sat) |
| Thanksgiving Holiday (Thursday & Friday) | Nov 24 – 25, 2016 (Thu-Fri) | | |
| Last day of Fall classes | Dec 17, 2016 (Sat) | | |
| Fall 2016 term ends | Dec 17, 2016 (Sat) | | |
| **SPRING 2017 TERM** | **Regular 16 week session** | **12 week session[2]** | **8 week session[2]** |
| Priority registration (continuing students)[4] | Oct 31, 2016 (Mon) – Nov 1, 2016 (Tue) | | |
| Open registration (all students)[3,4] | Nov 2, 2016 (Wed)– Jan 10, 2017 (Mon) | Nov 2, 2016 (Wed) – Feb 6, 2017 (Mon) | Nov 2, 2016 (Wed) – Mar 6, 2017 (Mon) |
| Martin Luther King Holiday | Jan 16, 2017 (Mon) | | |
| First day of class | Jan 17, 2017 (Tue) | Feb 13, 2017 (Mon) | Mar 13, 2017 (Mon) |
| President's Day Holiday | Feb 20, 2017 (Mon) | | |
| Complete financial aid application for next academic year[5] | NO LATER THAN Feb 24, 2017 (Fri) | | |
| Mid-term | Mar 15, 2017 (Wed) | Mar 29, 2017 (Wed) | Apr 12, 2017 (Wed) |
| Spring Break | Apr 10 – Apr 16, 2017 (Mon-Sun) | | |
| Last day for student initiated withdrawal | Apr 17, 2017 (Mon) | Apr 20, 2017 (Thu) | Apr 27, 2017 (Thu) |
| Last day of Spring classes | May 13, 2017 (Sat) | | |
| Spring 2017 term ends | May 13, 2017 (Sat) | | |

 * — classes begin [handwritten annotation circling Mar 13, 2017 (Mon)]

**Contacts**

Admissions

Academic Advising

Registrar

**Related Services**

Register for Credit Classes

View My Class Schedule

View My Academic History

**Academic Calendar**

Academic Calendar 2015-2016

**NOTES:**

1. College Credit Academic Calendar is subject to change. Please contact the college for details.
2. **Sessions and course offerings:** not all courses are offered each session, nor are all sessions offered at each college. Please contact the college for details.
3. **New Students:** all new students are strongly encouraged to complete the Admissions and Registration processes as early as possible, preferably by mid-July for fall entering students. The Admissions process for new students includes placement testing, new student orientation, financial aid processing, career advising and academic program selection, and initial course selection. Please see your Academic Advisor to begin.
4. **Continuing Students:** continuing students are strongly encouraged to complete the registration process as early as possible to ensure the best course and schedule availability. Please see your Academic Advisor prior to registering to discuss your career and education goals, academic program, graduation requirements and your progress toward graduation, course selection, and, if applicable, transfer.
5. **Financial aid:** students are strongly urged to apply for financial aid (www.fafsa.gov) **as early as possible** (preferably by



CITY COLLEGES of CHICAGO
# Harold Washington
Education that Works

July 18, 2016

Student ID: 002236755

Shaker Masri
1 Wheaton Center Apt 1810
Wheaton, IL 60187

Dear Shaker,

Congratulations! The Admission Office is delighted to inform you that you have been admitted to Harold Washington College. Harold Washington College values justice, integrity, respect, knowledge, and responsibility. Our students pursue professional and personal goals during their time at the college. We look forward to you joining us and becoming a part of our Harold Washington College community.

**Fall classes begin Monday August 29, 2016**

To begin the enrollment process, please complete the following:

**First time college students are required to:**

1. Take the Placement Test. Testing is available Monday through Saturday in Room 402. To view sample questions, go to: *http://www.act.org/compass/sample/*. For more information contact (312) 553-3195
2. Attend an Orientation Workshop, please register at eventbrite.com. Once you have completed your placement test, your placement scores will be provided for academic advising.

**All students:**

1. Bring this letter with you to the Admissions Office in room 101 to assist us in your service.

2. Provide proof of residency. You will need a *Driver's License or Illinois State I.D.* If your current address is not on your ID then you must bring one of the following with your name and current address: Voter's Registration Card, Lease, or Utility Bill (gas, light, or home phone). *Cell phone bills are not accepted*.

3. Apply for financial assistance. To complete the Free Application for Federal Student Aid (FAFSA), go to www.fafsa.edu.gov. If you have questions please contact the Financial Aid Office at (312) 553-6041.

4. Arrange to have an official high school transcript (with graduation date, signed, and unopened) for financial aid purposes. Students with college credit may bring a copy of a transcript(s) for advising purposes.

Once again congratulations! If we may be of further assistance, please contact the Admissions Office or visit hwashington.ccc.edu.

Sincerely,
HWC Admissions Office

30 E. Lake St. | Chicago, Illinois 60601 | 312.553.5600 | hwc.ccc.edu