UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED
OCT 03 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SHAKER MASRI ) | |
| ) | Case No. 1:10-CR-655 |
| -v- ) | 18-U.S.C. § 3583 |
| ) | |
| UNITED STATES OF AMERICA ) | Judge Sharon Johnson Coleman |

Here comes Shaker Masri, Pro se in the above captioned case. And Respectfully, and humbly move the court to extend supervised release to encompass earlier release date.

### Jurisdiction

The court has jurisdiction pursuant to 18 U.S.C. § 3583, and criminal rule 32.1 Because the Second Chance Act allows for prisoners to receive up to 12 months RRC placement, modification within that 12 months may be appropriate.

### Background

On September 22, 2016. I was notified by my Case Manager, Mr Gaede, that it was determined that 180 days would provide me "the greatest likelihood of successful re-entry into the community." He mentioned the Five Factors in 18 U.S.C. §3621(b) as the factors that were used to determine his recommendation of 180 days RRC placement. [See Exhibit: A(1 and 2) for Unit Team(Case Manager & Unit Manager) response, and a copy of The Five Factors.]

-1-

Prior to meeting with my case Manager, on August 10, 2016. I gave Mr Gaede a letter explaining why I needed 12 months RRC placement. In the letter, I explained to Mr Gaede, that upon my release, I planned to continue furthering my college education. I also explained to Mr Gaede that I was accepted at Harold Washington community college, and I explained to him that I was approved for student financial aid. I also exaplained to Mr Gaede that spring classes start on March 13, 2017. And that I hope by being allowed 11-12 months RRC placement, I could be able to attend spring semester 8 week sessions. With the letter, I included a copy of the admission letter, student financial aid approval letter, and a copy of the academic calander. I also supplemented my letter with a forecast of the expenses I expect to incur upon my release, which includes living expenses and security deposit for a one-bedroom apartment in chicago. [See Exhibit: __B__ for letter and copies]

When I met my case manager on September 22, 2016. Mr Gaede informed me that 180 days of RRC placement is more than enough time for me. I explained to him that it's not enough for me to make it to class on time. I also explained to him that education in today's world is the best means of social mobility and financial security, because with a good education, I can get better employment, and instead of being a burden on society, I can be an upright tax paying citizen. And that being a convicted felon, education is one of the best way towards rehabilitation, and going to school and working hard is a sign that I am a changed man. I explained to Mr Gaede that because of my charges, I am at the bottom of the bottom of the "food chain" and unlike other inmates, the deck is really stacked against me. The society I am being released to is very skeptical about people like me, especially in todays world, with all the things happening, which are reported in the news.

Mr Gaede looked aloof, and was not interested in listening to the case I made explaining why 11-12 months placement was most appropriate. He told me that his recommendation for RRC placement will be 180 days, and its final. I asked Mr Gaede if I could file an administrative remedy? Because I believe that furthering my education is very important to me, especially as a convicted felon. I explained to Mr Gaede that at FCI Sandstone, there are a number of Vocational Training(VT) classes offered. I explained to him that I am on my way to completing VT Building Trades. I explained to him that the fact that I have been programming, should be a sign that I am serious about my future. And that what he is recommending means that I will be out in August, which is six months after the spring semester sessions I am scheduled to start at Harold Washington community college-- I will miss spring semester.

Mr Gaede told me that before I file any administrative remedies, I should first speak to Ms. Jones, who is the Unit Manager, and and Mr Gaede's boss. And he told me that the institution that Ms. Jones transferred from didn't give inmates any second chance. I told him that where I came from, FCI Oxford, WI, gave inmates second chance all the time and its unfortunate that the same is not true at FCI Sandstone, and that it should not be a race to the bottom. I asked Mr Gaede if I could speak to Ms. Jones then.

Mr Gaede called Ms. Jones, and they sat me down in their office front room. After I explained to Ms. Jones what my complaint was, she told me that she believes 180 RRC placement days sounds appropriate. I explained to her that I am asking for 12 months RRC placement and 6 months RRC placement is not enough because I am expecting to be in class on March 13, 2017. I explained to her that 180 days RRC placement will put me out in August of 2017. As I was explaining to Ms. Jones my issue, she was examining my file, and she noticed that I was an RDAP(Residential Drug Alcohol Program) complete, and that being RDAP complete, I was eligible for the early release(year off). She told me since I am eligible for the year off, I got more than enough time. And that I should be glad with 180 days. I explained to Ms. Jones that I worked very hard for 9 months while taking

-3-

the RDAP, and that I earned the year off.

## Conclusion

First of all, I would like to apologize to The Court for my sloppiness in preparing this motion, as The Court noted at sentencing, I am indigent. This is another reason why, in order for me to transition and move away from my past, education is very important.

To continue, I am today seeking help from The Court in order that I may be able to attend spring semester at Harold Washington community college. After my release, I plan to first attend Harold Washington community college for few semesters, and then move on to a higher institution of learning in the hopes that I earn a bachelor's degree. It's unfortunate that I am in a traditional institution where the staff have made apathy towards inmates and mistrust, part of their value system. It's also unfortunate that there are very few correspondence courses that are available through the mail. In todays world, many universities choose the internet and shy away from the mail. The only correspondence courses available are from a handful of Universities, and that option is closed to me because financial aid does not cover correspondence courses.

The Court can check my incarceration record to verify that I have been a programming through out my incarceration, and that I have been a model inmate who is respectful towards staff and others, and has been incident free.

I am requesting from the court relief in order that I can continue my rehabilitation through education, and while I am attending school, I hope to be working in order to support my self. If my request is granted, I am more than willing, at the direction of The Court, to work with young Muslim boys and girls, in order to keep them away from the path of radicalization. As a young man, I went down that path, and I have an advantage over others in understanding Islam, and also understanding eastern cultures. Through my experience, I can be very effective in speaking out against, and helping keep others away from the path of extremism.

4

A week ago, I sent The Court a letter, asking The Court if The Court can assist me in getting out in order that I may be able to make it to class. In the letter, I explained to the Court that the prison I am currently in is not willing to recommend me the right amount of time in order that I may be able to make it to spring semester. I also informed The Court of my willingness to work at the directive of The Court against extremism, whether its speaking out, or working with young adults.

I hope I am able to find relief today from The Court, because society benefits more when people like my self are able to go to school. Society also benefits greatly, when people like me choose to be a force for good by working hard to keep the young away from a ruinous path. In my letter to The Court, I explained to The Court that I was arbitrarily placed in the Special Housing Unit(SHU) at MCC Chicago for almost two years, and that if The Court can grant me relief by giving jail credit for time spent in SHU, like a day and a half for every day spent, or two days for every day spent. I explain to The Court that the conditions in the SHU were very harsh. Again, I hope The Court today can look into this matter, and grants me releif in order that I may be able to make it to spring class on Marsh 13, 2017.

I, Shaker Masri Pro se respectfuly and humbly move the court to extend supervised release to encompass earlier release date.

RESPECTFULLY SUBMITTED THIS 30 day of September, 2016.

_____

Shaker Masri

FCI Sandstone 22960-424

P.O Box 1000 Unit:K3

Sandstone, MN 55072.

**SPECIAL MAIL: Open in presence of inmate only**

- 5 -

I hereby certify that on this **30** day of September, 2016. I placed with the Correctional Officer conducting AM LEGAL MAIL at FCI Sandstone My addressed, First Class postage affixed envelopes containing a copy of the above motion to move The Court to extend supervised release to encompass earlier release date. The envelopes were addressed as follows:

CLERK OF THE COURT

U.S. COURTHOUSE

219 SOUTH DEARBORN ST

ROOM 2722

CHICAGO, IL 60604


U.S. ATTORNEY

NORTHERN DISTRICT

219 S. DEARBORN ST FLOOR 5

CHICAGO, IL 60604


I am requesting the court clerk to FILE the included motion and documents under the "Prisoner Mailbox Rule" on the DATE noted above. AM legal mail call is the designated legal system at this instituion.

Sworn as true and correct under pain and penalties of perjury. Executed on the above date under 28 U.S.C. § 1746.

*Shaker Masri* 9-30-16

Shaker Masri

Exhibit A (1)

TRULINCS 22960424 - MASRI, SHAKER - Unit: SST-K-C

----------------------------------------------------------------------

FROM: AW
TO: 22960424
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/23/2016 08:52:02 AM

A review of this matter reveals, on September 20, 2016, you were individually reviewed for RRC placement, in accordance with P.S. 7310.04, Community Corrections Center (CCC) Utilization and Transfer Procedure and the Second Chance Act, utilizing the five factors contained in 18 U.S.C. § 3621 (b). At that time, it was determined that 180 days of RRC placement would provide you the greatest likelihood of successful re-entry into the community. You were notified of this decision on September 22, 2016. Any further issues regarding your RRC placement can be discussed with your unit team.

>>> ~^!"MASRI, ~^!SHAKER" <22960424@inmatemessage.com> 9/22/2016 1:42 PM >>>
To: AW
Inmate Work Assignment: Unit Orderly

9-22-16

Dear Sir,
Thank you for taking your time today at launch time to speak to me. As I stated, I applied to a college in the city of Chicago, where I will be released to. I got accepted at the college (Herald Washington community college). I also applied for financial aid and got approved. The classes I am hoping to enroll in are 8 weeks sessions, Spring semester, I will start in march 13th 2017. As I stated after you asked me, my release date with out half-way house time is February 2018. My unit manager recommended 6 months half-way house which will put me out in August of 2017, and that is also my home confinement eligibility date. I asked that I am put out early enough, at least so I can make it class. Like most community colleges, they require a placement test before they allow registration. I am one of those who believe that the best social mobility vehicle is education.
In the past I was a stupid and misguided youth. Prison has been a loud wake up call for me. I tried taking correspondent courses behind bars, but they are expensive, and working by my self with out interacting with an instructor was hard. I didn't spend my time behind bars playing around, I took the RDAP, took other programs like VT Building Trades, and studied mathematics so I can pass the placement test, and practiced English writing for the placement test too. I asked my case manager if there is a grievance process, he told me I could start by speaking to the Unit Manager. I spoke to the Unit Manager and she told me that the fact that I took the RDAP, and I was eligible for the early release(Year Of my prison sentence), I got more than enough time. I protested that I took the program, and worked hard through the 9 months period, and that i earned the year Off. Part of the treatment program, is education. I am trying to further my education. My case manager told me that i got a "bunch of money from the outside," I complained that the city I getting released too is expensive. I also gave him an attachment that shows the average rent in Chicago. I also explained that my Sisters, who lived in Chicago, one of them got married and she moved out, and the other is in college and she has a roommate and lives by the university campus. I also explained that my father abroad seas and my brother also lives overseas. And that my family cant support me in a expensive city like Chicago. I also gave my case manager a projected expense sheet, which in

TRULINCS 22960424 - MASRI, SHAKER - Unit: SST-K-C

---

the expense sheet, i argued that at $11 dollars an hour, It will take me up to year to save up for a security deposit for an apartment. I don't plan on having a car because its expensive to maintain a car in a city like Chicago. Even if I want a car, its very expensive. The Unit Manager argued that I am being released to the city I got arrested in, Its been 6 years, I cant expect my contacts from the past to be available, especially now that I am a convict with a charge like mine. It's an uphill battle for me to become credible. I am also more than willing to work with probation office to speak out against violent extremism, or volunteer with any organization that does such work.
Since I have been behind bars, I have been out of trouble. My disciplinary records shows that I am not a problem inmate. I was stupid in the past, I did things that led me to prison--I was spent time around the wrong people, and I was delusional. All I am asking for is be given the chance to at least make amends. The least I can do right now is to try to further my education. I am a Middle Eastern male in this 30's. I need as much time in the half-way house as possible. I do appreciate you taking your time and your professionalism.


Yours Sincerly,


Shaker Masri

August 10, 2016

Exhibit (B)

Mr. Gaede
Case Manager, K2 - Unit
FCI-Sandstone

Dear Mr. Gaede,

    I come to you in the sincere hopes that you may be able to grant me some kind of assistance, or simply advise me accordingly.

    My name is Mr. Shaker Masri #22960-424, and I'm currently residing in K3-unit.

    The reason, I'm corresponding with you at this time concerns my Residential Re-entry Center placement. I've already been awarded the one (1) year sentence reduction for successfully completing the first two (2) phases of the Residential Drug Abuse Program (RDAP). Upon completing my federal prison sentence, I'll be housed in the Residential Re-entry Center located in Chicago, Illinois where, I'll complete the final Transitional Drug Abuse Program (TDAP) phase of RDAP.

    The Second Chance Act of 2007, Public Act No. 110-199, 122 Stat. 657, effective April 9, 2008, provides that the BOP Director must issue regulations to ensure RRC placement determinations are "consistent with section 18 U.S.C. § 3621(b)...; determined on an individual basis; and of sufficient duration to provide the greatest likelihood of successful reintegration into the community." 18 U.S.C. § 3624(c)(6).

    The BOP has a lawful responsibility is assist prisoners transition from federal prison to a successful Re-entry back into society. In direct conjunction/correlation with the SCA, I've been accepted in the Harold Washington City of Chicago College (See Exhibits "A & B"), and I'm scheduled to begin Spring Classes (Monday) March 13, 2017 (See Exhibit "C"). However due to my scheduled release date in January 2018, I will not be able to enroll into the spring classes.

    In light of the Second Chance Act of 2007, I'm requesting I be submitted for the full one (1) year of Residential Re-entry placement, which would change my release date to January 2017, and provide me the opportunity to enroll in the spring classes at Harold Washington City of Chicago, find gainful employment and affordable housing.

    The full year of Residential Re-entry placement would be a sufficient duration to provide me the greatest reintegration back into the community according to 18 U.S.C. § 3624(c)(6); and is greatly needed, because the cost living in Chicago, Illinois is extremely high (See Exhibit "D"). As of February 2015, the average rent for a one bedroom apartment in Chicago was $1,177.55.

    During my incarceration my family members have been using their hard earned dollars to assist me financially, but upon my release from federal prison, I can no longer rely/depend on their assistance. My sister Enas Masri, who currently lives in Wheaton, Illinois is in the process of moving to Pasadena, California in

September 2016; and my sister Razan Masri lives with a roommate on the campus while attending the University of Illinois at Chicago, which prevents me from residing with either of my sisters.

In light of the Second Chance Act of 2007, I'm the perfect candidate for the full one year Residential Re-entry placement. Therefore, I'm asking the BOP to be fair and impartial; and that my overall circumstances be carefully evaluated and determined on an individual basis the proper amount of Residential Re-entry placement needed to return me back to a useful member of society.

Thank you very much for time in this urgent life matter, and I look forward to receiving the above request.

Respectfully Submitted,

/S/ *Shaker Masri*
Mr. Shaker Masri
Reg. No. #22960-424 K3-Unit
FCI- Sandstone

11 August 2016

Dear Mr. Gaede,

To supplement the request I gave you on 10 August 2016, I would like to provide more reasons why I believe I require the full year of Residential Reentry Placement (halfway house).

As previously stated, I will be released to Chicago, Illinois, and I have already explained that the <u>average</u> rent in the city of Chicago is $1,177.55 a month.

I will be relying on financial aid and student loans to pay for my education. Education is, I believe, the best vehicle of social mobility and will aid in my future employment. I will need to find a job as soon as possible in order to begin saving for a security deposit for an apartment. Such security deposits will be equivalent to one or two months rent.

I will be using public transportation as a means of travel. I will require a telephone line for communication purposes and also pocket money for miscellaneous expenses.

Below is what I believe I can reasonably earn per month as a person with no marketable skills and as a convicted felon. I will need to network and make good impressions on others in order to obtain employment due to my charges. I expect my job search to take at least two months.

| | |
|---|---|
| $11 per hour full-time  per month | $1,760 |
| 30% income tax | − 528 |
| **Net Income** | **$1,232** |
| 25% halfway house deductable | − 308 |
|  | $  927 |
| Transportation ($5/day x 30) | − 150 |
|  | $  777 |
| Miscellanous (including phone) | − 300 |
|  | $  477 x 9 months |
|  | **$4,293** |
| Security deposit | −1,300 |
|  | $2,993 |
| Furniture and household goods | −1,000 |
|  | $1,993 |
| $1,000 Rainy Day Fund | −1,000 |
| **Net Savings** | $  993 |

I will put the $993 away towards a future down payment on a car.

Thank you for your kind attention to this urgent matter.

Sincerely,


SHAKER MASRI
22960-424 - Unit K-3
FCI Sandstone



CITY COLLEGES of CHICAGO
# Harold Washington
Education that Works

July 18, 2016

Student ID: 002236755

Shaker Masri
1 Wheaton Center Apt 1810
Wheaton, IL 60187

Dear Shaker,

Congratulations! The Admission Office is delighted to inform you that you have been admitted to Harold Washington College. Harold Washington College values justice, integrity, respect, knowledge, and responsibility. Our students pursue professional and personal goals during their time at the college. We look forward to you joining us and becoming a part of our Harold Washington College community.

**Fall classes begin Monday August 29, 2016**

To begin the enrollment process, please complete the following:

**First time college students are required to:**

1. Take the Placement Test. Testing is available Monday through Saturday in Room 402. To view sample questions, go to: *http://www.act.org/compass/sample/*. For more information contact (312) 553-3195
2. Attend an Orientation Workshop, please register at eventbrite.com. Once you have completed your placement test, your placement scores will be provided for academic advising.

**All students:**

1. Bring this letter with you to the Admissions Office in room 101 to assist us in your service.

2. Provide proof of residency. You will need a *Driver's License or Illinois State I.D.* If your current address is not on your ID then you must bring one of the following with your name and current address: Voter's Registration Card, Lease, or Utility Bill (gas, light, or home phone). *Cell phone bills are not accepted.*

3. Apply for financial assistance. To complete the Free Application for Federal Student Aid (FAFSA), go to www.fafsa.edu.gov. If you have questions please contact the Financial Aid Office at (312) 553-6041.

4. Arrange to have an official high school transcript (with graduation date, signed, and unopened) for financial aid purposes. Students with college credit may bring a copy of a transcript(s) for advising purposes.

Once again congratulations! If we may be of further assistance, please contact the Admissions Office or visit hwashington.ccc.edu.

Sincerely,
HWC Admissions Office

30 E. Lake St. | Chicago, Illinois 60601 | 312.553.5600 | hwc.ccc.edu

# Academic Calendar 2016-2017

The Academic Calendar shows key dates for credit students during the 2016-2017 year.

## Academic Calendar 2016-2017 (Credit Programs)

| SUMMER 2016 TERM | Regular session |
|---|---|
| Priority registration (continuing students)[4] | Apr 4, 2016 (Mon) – Apr 5, 2016 (Tue) |
| Open registration (all students)[3,4] | Apr 6, 2016 (Wed) – Jun 3, 2016 (Fri) |
| First day of class | Jun 8, 2016 (Wed) |
| Independence Day Holiday | Jul 4, 2016 (Mon) |
| Mid-term | Jul 6, 2016 (Wed) |
| Last day for student initiated withdrawal | Jul 20, 2016 (Wed) |
| Last day of Summer classes | Jul 30, 2016 (Sat) |
| Summer 2016 term ends | Jul 30, 2016 (Sat) |

| FALL 2016 TERM | Regular 16 week session | 12 week session[2] | 8 week session[2] |
|---|---|---|---|
| Priority registration (continuing students)[4] | Apr 4, 2016 (Mon) – Apr 5, 2016 (Tue) | | |
| Open registration (all students)[3,4] | Apr 6, 2016 (Wed) – Aug 22, 2016 (Mon) | Apr 6, 2016 (Wed) – Sep 19, 2016 (Mon) | Apr 6, 2016 (Wed) – Oct 17, 2016 (Mon) |
| First day of class | Aug 29, 2016 (Mon) | Sept 26, 2016 (Mon) | Oct 24, 2016 (Mon) |
| Labor Day Holiday | Sept 5, 2016 (Mon) | | |
| Mid-term | Oct 26, 2016 (Wed) | Nov 6, 2016 (Sun) | Nov 20, 2016 (Sun) |
| Last day for student initiated withdrawal | Nov 21, 2016 (Mon) | Nov 26, 2016 (Sat) | Dec 3, 2016 (Sat) |
| Thanksgiving Holiday (Thursday & Friday) | Nov 24 – 25, 2016 (Thu-Fri) | | |
| Last day of Fall classes | Dec 17, 2016 (Sat) | | |
| Fall 2016 term ends | Dec 17, 2016 (Sat) | | |

| SPRING 2017 TERM | Regular 16 week session | 12 week session[2] | 8 week session[2] |
|---|---|---|---|
| Priority registration (continuing students)[4] | Oct 31, 2016 (Mon) – Nov 1, 2016 (Tue) | | |
| Open registration (all students)[3,4] | Nov 2, 2016 (Wed) – Jan 10, 2017 (Mon) | Nov 2, 2016 (Wed) – Feb 6, 2017 (Mon) | Nov 2, 2016 (Wed) – Mar 6, 2017 (Mon) |
| Martin Luther King Holiday | Jan 16, 2017 (Mon) | | |
| First day of class | Jan 17, 2017 (Tue) | Feb 13, 2017 (Mon) | Mar 13, 2017 (Mon) |
| President's Day Holiday | Feb 20, 2017 (Mon) | | |
| Complete financial aid application for next academic year[5] | NO LATER THAN Feb 24, 2017 (Fri) | | |
| Mid-term | Mar 15, 2017 (Wed) | Mar 29, 2017 (Wed) | Apr 12, 2017 (Wed) |
| Spring Break | Apr 10 – Apr 16, 2017 (Mon-Sun) | | |
| Last day for student initiated withdrawal | Apr 17, 2017 (Mon) | Apr 20, 2017 (Thu) | Apr 27, 2017 (Thu) |
| Last day of Spring classes | May 13, 2017 (Sat) | | |
| Spring 2017 term ends | May 13, 2017 (Sat) | | |

**NOTES:**

1. College Credit Academic Calendar is subject to change. Please contact the college for details.
2. **Sessions and course offerings:** not all courses are offered each session, nor are all sessions offered at each college. Please contact the college for details.
3. **New Students:** all new students are strongly encouraged to complete the Admissions and Registration processes as early as possible, preferably by mid-July for fall entering students. The Admissions process for new students includes placement testing, new student orientation, financial aid processing, career advising and academic program selection, and initial course selection. Please see your Academic Advisor to begin.
4. **Continuing Students:** continuing students are strongly encouraged to complete the registration process as early as possible to ensure the best course and schedule availability. Please see your Academic Advisor prior to registering to discuss your career and education goals, academic program, graduation requirements and your progress toward graduation, course selection, and, if applicable, transfer.
5. **Financial aid:** students are strongly urged to apply for financial aid (www.fafsa.gov) **as early as possible** (preferably by

**Contacts**

Admissions

Academic Advising

Registrar

**Related Services**

Register for Credit Classes

View My Class Schedule

View My Academic History

**Academic Calendar**

Academic Calendar 2015-2016



# STUDENT AID REPORT
## 2016-2017

WWW.FAFSA.GOV

OMB No. 1845-0001

JULY 14, 2016

DATA RELEASE NUMBER (DRN): 5628

000185C135     F 211 1617

EXPECTED FAMILY CONTRIBUTION (EFC): 000000

SHAKER MASRI
1 WHEATON CTR APT1810
WHEATON IL 60187

Dear SHAKER MASRI,

**Your Student Aid Report (SAR)** summarizes the information you submitted on your 2016-2017 Free Application for Federal Student Aid (FAFSA).

**Application Status (review the checked boxes)**

☑ Your FAFSA appears to be complete. **Review the data on pages 3-10 of your SAR and make corrections or updates if necessary.** The school(s) listed on your FAFSA will receive your information.

**Federal Student Aid Eligibility (review the checked boxes)**

The data submitted on your FAFSA is used to calculate your Expected Family Contribution (EFC), which is 000000.

The EFC is **not** the amount of money that your family must provide. Rather, you should think of the EFC as an index that colleges use to determine how much financial aid you would receive if you were to attend their school. Financial aid may include grants (free funds that do not have to be repaid), work-study (paid part-time employment), and/or low-interest loans (borrowed funds that must be repaid). Please note that your EFC is subject to change if you update or correct your FAFSA.

Your financial aid package could also include other federal, state, or institutional grants and scholarships, and/or a work-study award. Your school's financial aid office will advise you of the specific types and amounts of student aid you are eligible to receive. For more information about the EFC, grants, loans, work-study, scholarships and other sources of aid, go to StudentAid.gov.

☑ Based on your EFC it appears that **you may be eligible** for a Federal Pell Grant of up to $5815, provided you have not met or exceeded the lifetime limit established for the Federal Pell Grant program. You may also be eligible for other grants, work-study opportunities, and low-interest student loans.

You should keep this SAR for your records!

R5EN000185 135

PAGE 1 OF 10

00321351900MA01

During the month of June 2016, Chicago, IL metro rents experienced an average increase of 1.29% for 1, 2, 5 bedroom rentals and an average decrease of 2.09% for 4 bedroom rents 3 bedrooms apartment and house rents remained flat, when compared to last month. When compared with same month of last year, rents saw an average increase of 6.82% for 1, 2, 3, 4, 5 bedroom rentals.

| BDR | Median Rent ($) | $/sqft | M/M % | Y/Y % |
| --- | --- | --- | --- | --- |
| 1 | 1,645 | 2.30 | | |
| 2 | 1,695 | 1.59 | | |
| 3 | 1,795 | 1.23 | | |
| 4 | 2,150 | 1.01 | | |
| 5 | 2,520 | 0.96 | | |






| Chicago, IL | $0 ▼ - $8000+ ▼ | 0 ▼ - 4+ ▼ | All Types ▼ | Search ▼ |

More About Our Data

Other Cities



## Rent trend data in Chicago, Illinois

### Chicago Average Rent



As of June 2016, average apartment rent within the city of of Chicago, IL is $1977.
One bedroom apartments in Chicago rent for $1757 a month on average and two bedroom apartment rents average $2312.

See our listings of Chicago Apartments

### Chicago Rent Trends

The average apartment rent over the prior 6 months in Chicago has increased by $167 (9.2%)
One bedroom units have increased by $129 (7.9%) and two bedroom apartments have increased by $246 (11.9%)