**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                  Case No.: 1:10–cr–00655
                                                  Honorable Sharon Johnson Coleman

Shaker Masri

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 6, 2022:

    MINUTE entry before the Honorable Sharon Johnson Coleman as to Shaker Masri: The Court grants the request of the Probation Office to release information to a law enforcement agency as stated in the special report filed by Probation on 1/6/2022 [126]. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.